UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,                           ORDER

vs                                   1:03-CR-33 (3)

JOEL NAVARRO

        Defendant.

_____

The sum of $5,000.00 was deposited in the Registry of this Court on February 27, 2003 by Erick J. DeLeon, the Surety herein, to secure the appearance of Joel Navarro, the Defendant herein, before this Court and to answer to charges pending against him.

Pursuant to the Order of the Hon. Richard J. Arcara filed May 1, 2006, the Second Superseding Indictment against the Defendant was dismissed.

N O W, upon verbal request and tender of this Court's original receipt number 100-94918 from Erick J. DeLeon, the Surety, requesting refund of said cash bail, it is

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to Erick J. DeLeon in the amount of $5,000.00 representing the refund of said cash bail.

IT IS SO ORDERED.

                                          /s/ *Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

DATED: May 22, 2006